# FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 20-11253-T7 | | **Trustee Name:** | Yvette J. Gonzales |
| **Case Name:** | AUDIO EXCELLENCE, INC. | | **Date Filed (f) or Converted (c):** | 06/19/2020 (f) |
| **For the Period Ending:** | 09/30/2021 | | **§341(a) Meeting Date:** | 07/17/2020 |
| | | | **Claims Bar Date:** | 10/26/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

| Ref. # | Asset Description | Petition/Unscheduled Value | Estimated Net Value | Property Abandoned | Sales/Funds Received | FA |
|---|---|---|---|---|---|---|
| 1 | Cash | $174.65 | $174.65 | | $174.65 | FA |
| 2 | Bank of the West - Checking account Checking account 1 5 7 8 | $10,374.32 | $10,374.32 | | $7,200.42 | FA |
| 3 | Nusenda Credit Union - Checking account Checking account | $1,738.77 | $1,738.77 | | $0.00 | FA |
| 4 | Nusenda Credit Union - Savings account Savings account | $5.00 | $5.00 | | $0.00 | FA |
| 5 | Bank of the West - Checking account (SBA EIDL) Checking account 6270 | $75,992.08 | $75,992.08 | | $75,992.92 | FA |
| 6 | Bank of the West - Checking account Checking account 1 5 1 1 | $64.52 | $64.52 | | $57.02 | FA |
| 7 | Landlord Deposit | $11,146.50 | $11,146.50 | | $0.00 | FA |
| 8 | 90 days old or less: $45,615.00-$0.00 | $0.00 | $45,615.00 | | $0.00 | FA |
| | **Asset Notes:** Amended schedules filed 7/30/20 doc 20 shows amount as $0.00 | | | | | |
| 9 | Furniture (chairs, cabinets, desks, conference table, pool table, refrigerators, etc.) | $7,000.00 | $7,000.00 | | $0.00 | FA |
| | **Asset Notes:** Amended schedules filed 7/30/20 doc 20 changed description; Part of sale see asset #11 | | | | | |
| 10 | Approximately 6 computers, Printers, I-Pads | $500.00 | $500.00 | | $0.00 | FA |
| | **Asset Notes:** Amended schedules filed 7/30/20 doc 20 changed description; Part of sale see asset #11 | | | | | |
| 11 | Equipment (See attached Exhibit)Valuation Method: Internet search for lowest value for similar equipment or 40% depreciation if value unable on internet | $2,266,386.73 | $0.00 | | $218,451.80 | FA |
| | **Asset Notes:** Amended schedules filed 7/30/20 doc 20 changed description; Per Order to Sell all Personal Property 11/10/2020 doc 63; Per Stipulated Order Modifying Sale Order entered 11/18/2020 doc 65 | | | | | |
| 12 | Hand tools and spare parts speakers and electronic | $3,000.00 | $3,000.00 | | $0.00 | FA |
| | **Asset Notes:** Amended schedules filed 7/30/20 doc 20 changed description; Part of sale see asset #11 | | | | | |
| 13 | Website Unknown | Unknown | Unknown | | $0.00 | FA |
| | **Asset Notes:** Part of sale see asset #11 | | | | | |
| 14 | Over 90 days old | $5,942.97 | $5,942.97 | | $0.00 | FA |
| | **Asset Notes:** Amended schedules filed 7/30/20 doc 20 changed past due to $5942.97 | | | | | |
| 15 | Verizon credit refund (u) | Unknown | $131.79 | | $131.79 | FA |
| 16 | VSP refund (u) | Unknown | $57.60 | | $0.00 | FA |
| 17 | PNM Power Saving Program payment (u) | Unknown | $100.00 | | $100.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page No: 2

| Case No.: | 20-11253-T7 | Trustee Name: | Yvette J. Gonzales |
|---|---|---|---|
| Case Name: | AUDIO EXCELLENCE, INC. | Date Filed (f) or Converted (c): | 06/19/2020 (f) |
| For the Period Ending: | 09/30/2021 | §341(a) Meeting Date: | 07/17/2020 |
|  |  | Claims Bar Date: | 10/26/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 18  Shamburger Preference | $0.00 | $20,000.00 |  | $20,000.00 | FA |
| **Asset Notes:** Per Stip Order entered 4/20/2021 doc 85 | | | | | |
| 19  US Bank Trust Account | Unknown | Unknown |  | $2,754.01 | FA |
| **Asset Notes:** Per order entered 3/23/2021 doc 81 | | | | | |

**TOTALS (Excluding unknown value)**          **Gross Value of Remaining Assets**

$2,382,325.54     $181,843.20          $324,862.61     $0.00

**Major Activities affecting case closing:**

09/30/2021  Tax return to be prepared. Once final fee applications are done, TFR can be prepared.

09/22/2020  Settlement agreement has been reached with a carve out for the estate. It has been sent out on notice and a hearing has been set if there are any objections.

**Initial Projected Date Of Final Report (TFR):** 03/30/2022           /s/ YVETTE J. GONZALES
**Current Projected Date Of Final Report (TFR):** 03/22/2022           YVETTE J. GONZALES

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 20-11253-T7 | | | Trustee Name: | Yvette Gonzales |
|---|---|---|---|---|---|
| Case Name: | AUDIO EXCELLENCE, INC. | | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***1678 | | | Checking Acct #: | ******1253 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 6/19/2020 | | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 09/30/2021 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/23/2020 | (1) | Bank of the West | Petty Cash | 1129-000 | $174.65 | | $174.65 |
| 07/23/2020 | (2) | Bank of the West | Bank account | 1129-000 | $7,200.42 | | $7,375.07 |
| 07/23/2020 | (5) | Bank of the West | Bank account | 1129-000 | $75,992.92 | | $83,367.99 |
| 07/23/2020 | (6) | Bank of the West | Bank account | 1129-000 | $57.02 | | $83,425.01 |
| 07/23/2020 | 5001 | Payday, Inc. | No order needed per NM-LBR 2015-1 | 2420-000 | | $280.47 | $83,144.54 |
| 07/23/2020 | 5002 | Industrial & Commercial Security Systems, Inc. | No order needed per NM-LBR 2015-1 | 2420-000 | | $95.72 | $83,048.82 |
| 08/12/2020 | 5003 | International Sureties, Ltd. | Bond for 8/2020 through 7/2021, #016024923 | 2300-000 | | $58.01 | $82,990.81 |
| 08/20/2020 | (15) | Verizon | Credit Refund | 1290-000 | $131.79 | | $83,122.60 |
| 08/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $121.19 | $83,001.41 |
| 09/01/2020 | 5004 | ProSight Specialty Management Co. | Premium per agreement from secured creditors. | 2420-000 | | $3,183.90 | $79,817.51 |
| 09/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $117.67 | $79,699.84 |
| 10/01/2020 | 5005 | Midway Properties, LLC | Per cash collateral order #35, 9/4/20 | 2410-000 | | $28,257.50 | $51,442.34 |
| 10/15/2020 | 5006 | Midway Properties, LLC | Per cash collateral order #35, 9/4/20 | 2410-000 | | $4,734.32 | $46,708.02 |
| 10/15/2020 | 5007 | ProSight Specialty Management Co. | Premium for two months per agreement from secured creditors. Acct #5114108 | 2420-000 | | $6,347.80 | $40,360.22 |
| 10/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $98.10 | $40,262.12 |
| 11/19/2020 | (11) | Black Mountain Investment Company | Per Stipulated Order Modifiying Sale Order entered 11/18/2020 doc 65 | 1129-000 | $218,451.80 | | $258,713.92 |
| 11/25/2020 | 5008 | Fifteen Midway, LLC | Per cash collateral order #35, 9/4/20. Nov. rent and final water bill | 2410-000 | | $5,637.95 | $253,075.97 |
| 11/25/2020 | 5009 | Bryn Mawr Equipment Finance, Inc. | Per sale order reserving funds for equipment leases/secured claims, 11/18/20, #65. | 4210-000 | | $3,736.76 | $249,339.21 |
| 11/25/2020 | 5010 | Crestmark Vendor Finance, a division of MetaBank | Per sale order reserving funds for equipment leases/secured claims, 11/18/20, #65. | 4210-000 | | $15,500.00 | $233,839.21 |
| 11/25/2020 | 5011 | Huntington Technology Finance | Per sale order reserving funds for equipment leases/secured claims, 11/18/20, #65. | 4210-000 | | $7,190.27 | $226,648.94 |
| 11/25/2020 | 5012 | Western Equipment Finance | Per sale order reserving funds for equipment leases/secured claims, 11/18/20, #65. | 4210-000 | | $50,000.00 | $176,648.94 |
| 11/25/2020 | 5013 | Wells Fargo Equipment Finance | Per sale order reserving funds for equipment leases/secured claims, 11/18/20, #65. | 4210-000 | | $7,067.27 | $169,581.67 |
| 11/25/2020 | 5014 | LEAF Capital Funding, LLC | Per sale order reserving funds for equipment leases/secured claims, 11/18/20, #65. | 4210-000 | | $4,256.84 | $165,324.83 |
| | | | | SUBTOTALS | $302,008.60 | $136,683.77 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 20-11253-T7 | | Trustee Name: | Yvette Gonzales |
|---|---|---|---|---|
| Case Name: | AUDIO EXCELLENCE, INC. | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***1678 | | Checking Acct #: | ******1253 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 6/19/2020 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 09/30/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/25/2020 | 5015 | Modrall Sperling Trust Account | Per sale order reserving funds for equipment leases/secured claims, 11/18/20, #65. Acct/client 10581-0001. | 4210-000 | | $18,336.33 | $146,988.50 |
| 11/25/2020 | 5016 | Industrial & Commercial Security Systems, Inc. | No order needed per NM-LBR 2015-1, Bill pay #3902 | 2420-000 | | $163.88 | $146,824.62 |
| 11/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $183.86 | $146,640.76 |
| 12/10/2020 | 5017 | Amur Equipment Finance | Per sale order reserving funds for equipment leases/secured claims, 11/18/20, #65. | 4210-000 | | $17,069.28 | $129,571.48 |
| 12/10/2020 | 5018 | CIT Bank NA | Per sale order reserving funds for equipment leases/secured claims, 11/18/20, #65. | 4210-000 | | $10,127.07 | $119,444.41 |
| 12/10/2020 | 5019 | CIT Bank NA | Per sale order reserving funds for equipment leases/secured claims, 11/18/20, #65. | 4210-000 | | $8,301.93 | $111,142.48 |
| 12/10/2020 | 5020 | Navitas Credit Corp. | Per sale order reserving funds for equipment leases/secured claims, 11/18/20, #65. | 4210-000 | | $20,909.94 | $90,232.54 |
| 12/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $207.36 | $90,025.18 |
| 12/31/2020 | 5021 | Spencer L. Edelman | Per order #68, 12/30/2020, Attorney fees | 3210-000 | | $36,320.71 | $53,704.47 |
| 12/31/2020 | 5022 | Spencer L. Edelman | Per order #68, 12/30/2020, Attorney expenses | 3220-000 | | $274.85 | $53,429.62 |
| 01/14/2021 | (17) | PNM | Power saving program | 1290-000 | $100.00 | | $53,529.62 |
| 01/29/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $85.61 | $53,444.01 |
| 02/26/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $77.93 | $53,366.08 |
| 03/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $77.82 | $53,288.26 |
| 04/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $77.71 | $53,210.55 |
| 05/03/2021 | (18) | William Shamburger, Jr. | Per Stip Order entered 4/20/2021 doc 85 | 1149-000 | $20,000.00 | | $73,210.55 |
| 05/20/2021 | (19) | Modrall, Sperling, Roehl, Harris & Sisk, P.A. | Proceeds from US Bank trust account settlement per order entered 3/23/2021 doc 81 | 1149-000 | $2,754.01 | | $75,964.56 |
| 05/28/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $108.04 | $75,856.52 |
| 06/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $110.62 | $75,745.90 |
| 07/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $110.46 | $75,635.44 |
| 08/15/2021 | 5023 | International Sureties, Ltd. | Bond# 016024923 | 2300-000 | | $49.45 | $75,585.99 |
| 08/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $110.28 | $75,475.71 |
| 09/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $110.06 | $75,365.65 |
| | | | | SUBTOTALS | $22,854.01 | $112,813.19 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |  | | |
|---|---|---|---|---|---|
| **Case No.** | 20-11253-T7 | | **Trustee Name:** | | Yvette Gonzales |
| **Case Name:** | AUDIO EXCELLENCE, INC. | | **Bank Name:** | | Independent Bank |
| **Primary Taxpayer ID #:** | **-***1678 | | **Checking Acct #:** | | ******1253 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | | |
| **For Period Beginning:** | 6/19/2020 | | **Blanket bond (per case limit):** | | $1,000,000.00 |
| **For Period Ending:** | 09/30/2021 | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | | | |
|---|---|---|---|
| **TOTALS:** | $324,862.61 | $249,496.96 | $75,365.65 |
| **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| **Subtotal** | $324,862.61 | $249,496.96 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $324,862.61 | $249,496.96 | |

| For the period of 6/19/2020 to 09/30/2021 | | For the entire history of the account between 07/23/2020 to 09/30/2021 | |
|---|---|---|---|
| Total Compensable Receipts: | $324,862.61 | Total Compensable Receipts: | $324,862.61 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $324,862.61 | Total Comp/Non Comp Receipts: | $324,862.61 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $249,496.96 | Total Compensable Disbursements: | $249,496.96 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $249,496.96 | Total Comp/Non Comp Disbursements: | $249,496.96 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 20-11253-T7 | **Trustee Name:** Yvette Gonzales |
| **Case Name:** | AUDIO EXCELLENCE, INC. | **Bank Name:** Independent Bank |
| **Primary Taxpayer ID #:** | **-***1678 | **Checking Acct #:** ******1253 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** |
| **For Period Beginning:** | 6/19/2020 | **Blanket bond (per case limit):** $1,000,000.00 |
| **For Period Ending:** | 09/30/2021 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $324,862.61 | $249,496.96 | $75,365.65 |

**For the period of 6/19/2020 to 09/30/2021**

| | |
|---|---|
| Total Compensable Receipts: | $324,862.61 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $324,862.61 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $249,496.96 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $249,496.96 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 06/19/2020 to 09/30/2021**

| | |
|---|---|
| Total Compensable Receipts: | $324,862.61 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $324,862.61 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $249,496.96 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $249,496.96 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ YVETTE GONZALES

YVETTE GONZALES